# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:08-cr-251 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| ANTWAN L. LAKE, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on December 5, 2023. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on April 30, 2024. The defendant admitted to the following violations:

1. New Law Violation;
2. Maintaining an Unreported Residence;
3. Illicit Drug Use; and
4. Illicit Drug Use.

The magistrate judge filed a report and recommendation on May 6, 2024, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1, 2, 3, and 4.

A final supervised release violation hearing was conducted on June 5, 2024. Present were the following: Assistant United States Attorney Joseph Dangelo, representing the United States; Attorney Ronald Yarwood, representing the defendant; the defendant

Antwan L. Lake, and United States Probation Officer Michael Zakrajsek.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, 3, and 4.

IT IS ORDERED that the defendant will remain on supervision under the same terms and conditions as previously ordered.

**IT IS SO ORDERED**.

Dated: June 5, 2024

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**